```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
MICHAEL J. SCHMELZER, by and
through PAL SCHMELZER and BARBARA
SCHMELZER, guardians of his person
and property; CHELSEA VON HARDER,
by and through her mother and
natural guardian, JAN REDDY; and
K.G. by and through her parents
and natural guardians, M.G. and
S.G.; individually and on behalf
of themselves and all persons
similarly situated to them; and
LONG ISLAND ADVOCACY CENTER, INC,

                Plaintiffs,

       - against -                          ORDER ADOPTING
                                            REPORT AND RECOMMENDATION
                                            01-CV-1864(JS)(ARL)
STATE OF NEW YORK; NEW YORK STATE
EDUCATION DEPARTMENT; RICHARD P.
MILLS, as Commissioner of Education
of the State of New York; and
Related Individual Actions by
SCHMELZER against HALF HOLLOW HILLS
CENTRAL SCHOOL DISTRICT; by REDDY
and VON HARDER against NEW YORK
CITY BOARD OF EDUCATION (School
District No. 2); and by K.G., M.G.
and S.G. against SMITHTOWN CENTRAL
SCHOOL DISTRICT,

                Defendants.
----------------------------------X
APPEARANCES:

For Plaintiffs:     Lewis M. Wasserman, Esq.
                    Pamela L. Steen, Esq.
                    Wasserman Steen, LLP
                    50 Medford Avenue
                    Patchogue, New York 11772

For Defendants:     Ralph Pernick, Esq.
                    Attorney General's Office
                    200 Old Country Road, Suite 460
                    Mineola, New York 11501
```

Upon review of Magistrate Judge Arlene R. Lindsay's Report and Recommendation, dated May 1, 2006, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
       May 31     , 2006